# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 18, 2023

## NO. 03-21-00125-CV

**Daniel Caldwell, Appellant**

**v.**

**Texas Board of Law Examiners, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED ON MOTION FOR REHEARING –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on December 28, 2020. The Court's opinion and judgment dated March 7, 2023 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.